In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Determine Compensation to Owners for the Closing of Portions of William and North William Streets in the Borough of Manhattan.

THE CITY OF NEW YORK, Appellant and Respondent;
JOHN V. BLACK et al., Appellants.

ZINSSER REALTY COMPANY et al., Respondents.

·*Matter of Corporation Counsel of City of New York*, 188 App. Div. 668, appeal dismissed.

(Argued January 7, 1920; decided January 30, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

September 8, 1919, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding. It was contended that the appeal brings up for review only the confirmation of the report of the tribunal duly appointed to assess the damage caused by closing streets, and that reports of such commissioners and orders confirming them cannot be reviewed by this court.

*William P. Burr*, Corporation Counsel (*Joel J. Squier* of counsel), for city of New York, appellant and respondent.

*Ralph L. Baldwin* for John V. Black et al., appellants, and Amalie Wolfram et al., respondents.

*James R. Deering* and *James J. Dunn* for Zinsser Realty Company et al., respondents.

Appeal dismissed, with costs, on authority of *Matter of Comrs. of Central Park* (50 N. Y. 493); *Matter of Board of Street Opening & Improvement* (111 N. Y. 581); *Matter of Board of Street Opening & Improvement* (133 N. Y. 436); *Matter of Dept. of Public Parks* (85 N. Y. 459), and *Matter of Southern Boulevard R. R. Co.* (143 N. Y. 253); no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.